Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; INTERSCOPE
RECORDS; BMG MUSIC; UMG RECORDINGS,
INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                     Plaintiffs,<br><br>     v.<br><br>BRITTANY RAQUEL GRAY,<br><br>                     Defendant. | CASE NO. C 07-04854 WDB<br><br>The Honorable Wayne D. Brazil<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for April 3, 2008, at 4:00 p.m. to July 10, 2008.  As further explained below, Defendant Brittany Raquel Gray ("Defendant") has not appeared in this action.  Accordingly, Plaintiffs were prepared to seek entry of default and a default judgment; however, Defendant has now contacted Plaintiffs and the parties have reached a provisional settlement.  Therefore, a case management conference is unnecessary at this time.

   1. Plaintiffs initially filed the Complaint in this matter against a John Doe defendant on September 20, 2007.  In order to discover the Doe defendant's true identity, Plaintiffs also filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP").  On September 28, 2007, the Court issued an Order for Leave to Take Immediate Discovery.  Plaintiffs then served a subpoena on the ISP, which thereafter identified the Defendant, Brittany Raquel Gray.

   2. While this case was in the Doe stage, the Court issued a December 20, 2007 Order granting Plaintiffs' previous request to continue the case management conference from January 3, 2008 to the currently scheduled date.

   3. Once the ISP identified Ms. Gray, the parties engaged in settlement discussions.  However, a provisional settlement failed and was never finalized.  Accordingly, on February 4, 2008, Plaintiffs filed the First Amended Complaint naming Ms. Gray individually as Defendant.  Defendant was served with process on February 24, 2008 by personal service.

   4. Defendant has not answered or otherwise responded to the Complaint.  Accordingly, Plaintiffs were poised to request entry of default and seek a default judgment.  However, Defendant contacted Plaintiffs on March 24, 2008 (the date of this filing), and the parties have again reached a provisional settlement.  Once the settlement is final, Plaintiffs will promptly file appropriate dispositional documents with the Court.

5. Given the circumstances of this case, Plaintiffs respectfully request that the Court continue the case management conference from April 3, 2008, at 4:00 p.m. to July 10, 2008, or such other date as conveniences the Court.

Dated: March 24, 2008                              HOLME ROBERTS & OWEN LLP


By: _____/s/ Matthew Franklin Jaksa____
        MATTHEW FRANKLIN JAKSA
        Attorney for Plaintiffs


## [~~PROPOSED~~] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 3, 2008, at 4:00 p.m., is hereby continued to ~~July 10, 2008~~ July 17, 2008, at 4:00 p.m.


Dated: 3/26/08                              By: _____[signature: Wayne D. Brazil]_____
                                                Honorable Wayne D. Brazil
                                                United States Magistrate Judge

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO |

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On March 24, 2008, I served the foregoing documents described as:

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Brittany Raquel Gray
75 Poncetta Drive 215
Daly City, CA 94015**

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2008 at San Francisco, California.

*Della Grant*
―――――――――――――
Della Grant

1

Proof of Service
Case No. C 07-04854 WDB
#36361 v1