1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; INTERSCOPE
   RECORDS; BMG MUSIC; UMG RECORDINGS,
8  INC.; and WARNER BROS. RECORDS INC.
9
10                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11                             OAKLAND DIVISION
12

13 | SONY BMG MUSIC ENTERTAINMENT, a          | CASE NO. C 07-04854 WDB
   | Delaware general partnership; ARISTA
14 | RECORDS LLC, a Delaware limited liability | The Honorable Wayne D. Brazil
   | company; INTERSCOPE RECORDS, a
15 | California general partnership; BMG MUSIC, a | ***EX PARTE* APPLICATION TO VACATE
16 | New York general partnership; UMG           | CASE MANAGEMENT CONFERENCE
   | RECORDINGS, INC., a Delaware corporation;   | AND [~~PROPOSED~~] ORDER**
17 | and WARNER BROS. RECORDS INC., a
18 | Delaware corporation,

19                Plaintiffs,
20       v.
21
22 BRITTANY RAQUEL GRAY,
23
24                Defendant.

25
26
27
28

EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-04854 WDB
#38699 v1

CHAMBERS COPY

Plaintiffs respectfully request that the Court vacate the case management conference set for July 17, 2008 at 4:00 p.m. Defendant is in default, Plaintiffs will be filing their Notice of Motion and Motion for Default Judgment by July 21, 2008. Thus, there appears to be no need for a case management conference at this time. Accordingly, Plaintiffs respectfully request that the Court vacate the case management conference set for July 17, 2008 at 4:00 p.m.

Dated: July 9, 2008                                HOLME ROBERTS & OWEN LLP

By: _____/s/ Dawniell Alise Zavala_____
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs



[PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 17, 2008, at 4:00 p.m., is hereby vacated.

Dated: 7-16-08                    By: _____
Honorable Wayne D. Brazil
United States Magistrate Judge

1

EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-04854 WDB
#38699 v1