IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, et al.,

        Plaintiffs,

  v.

BRITTANY GRAY,

        Defendant.
_____/

No. CV-07-4854 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the Court hereby ADOPTS the recommendation in full, and for the reasons expressed in the Report and Recommendation, rules as follows:

    1. Plaintiffs shall have judgment in the amount of $6420 against defendant Brittany Raquel Gray, such amount consisting of $6000 (statutory damages) and $420 (costs).

    2. Defendant shall be subject to the following permanent injunction:

        a. Defendant shall be and hereby is ENJOINED from directly or indirectly infringing plaintiffs' rights under federal or state law in the Copyrighted Recordings, identified in Exhibit A, and in any sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using

1 the Internet or any online media distribution system to reproduce (i.e., download) any of
2 Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful
3 license or with the express authority of plaintiffs.

4        b. Defendant shall destroy all copies of Plaintiffs' Recordings that
5 defendant has downloaded onto any computer hard drive or server without plaintiffs'
6 authorization and shall destroy all copies of those downloaded recordings transferred onto
7 any physical medium or device in defendant's possession, custody or control.

Dated: October 15, 2008               Richard W. Wieking, Clerk

                                      *Tracy Lucero*

                                      By: Tracy Lucero
                                      Deputy Clerk